[No. 11426–7–II.  Division Two.  February 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN PHILLIP JUDKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–1–00720–2, Thomas R. Sauriol, J., entered

September 24, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.